UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:18-cr-476-T-36-CPT

18 U.S.C. § 922(g)(1)

ANDREW MICHAEL WINDSOR

### INDICTMENT


SEALED

The Grand Jury charges:

### COUNT ONE

On or about November 8, 2017, in the Middle District of Florida, the defendant,

ANDREW MICHAEL WINDSOR,

having been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Criminal Mischief, on or about June 24, 2003, in Pasco County, Florida;

2. Felony Battery, on or about June 24, 2003 in Pasco County, Florida; and

3. Possession of Methamphetamine, on or about October 31, 2016, in Pasco County, Florida

did knowingly possess, in and affecting interstate commerce, a firearm and ammunition, that is, Kessler Arms, bolt-action model, 16-gague shotgun and

Federal 16 Gauge Ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## FORFEITURE

1. The allegations contained in Count One, are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following:

    a. Kessler Arms, bolt-action model, 16-gague shotgun; and

    b. One Round of Federal 16 Gauge Ammunition.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

Maria Chapa Lopez
United States Attorney

By: _____
Charlie D. Connally
Assistant United States Attorney

By: _____
James C. Preston, Jr.
Assistant United States Attorney
Deputy Chief, Violent Crimes and Narcotics Section

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## ANDREW MICHAEL WINDSOR

## INDICTMENT

Violations:   Title 18, United States Code, Section 922(g)(1)

A true bill,

_____
Foreperson

Filed in open court this 16th day of October, 2018.

_____
Clerk

Bail $_____

GPO 863 525